## FIRST DISTRICT.

Michael P. Morrissey, appellant, v. C. Frank Taylor, appellee. Gen. No. 28,110.

Suit for damages. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. D. H. Wamsley, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed February 20, 1924.

William Cullen Burns, for appellant. Frank Hall Stephens, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.

Liberty Coal Company, appellant, v. Illinois Steel Company, appellee. Gen. No. 28,120.

Suit for balance on account for coal supplied. Judgment for defendant. Appeal from the Circuit Court of Cook county; the Hon. Adam C. Cliffe, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Reversed and remanded. Opinion filed February 20, 1924. Rehearing denied March 3, 1924.

Hayden N. Bell and Frank O. Campe, for appellant. Knapp & Campbell, for appellee; John R. Cochran and Leonard Ferris Martin, of counsel.

Mr. Presiding Justice Taylor delivered the opinion of the court.

A. C. Petri, appellee, v. Henry D. Davis Lumber Company, appellant. Gen. No. 28,152.

Suit for commissions on sales of lumber. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. George B. Holmes, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed February 20, 1924.

Atwood, Pease, Loucks & Peterson, for appellant; Hans Torgersen, of counsel. Archibald Cattell and Carl A. Waldron, for appellee; Ralph E. Brown, of counsel.

Mr. Presiding Justice Taylor delivered the opinion of the court.